UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE DOUGLAS MANNING,<br><br>Plaintiff<br><br>v.<br><br>DOUGLAS HERMAN, et al.,<br><br>Defendants | CIVIL ACTION NO. **1:13-CV-01426**<br><br>(JONES, J.)<br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 10th day of March, 2014, for the reasons set forth in the Memorandum filed concurrently with this Order, it is hereby **ORDERED** as follows:

1. Plaintiff's Motions to Stay (Doc. 25, Doc. 28, Doc. 32 and Doc. 33) are **DENIED**.

2. Plaintiff's Motion for Reconsideration to Appoint Standby Counsel (Doc. 28) is **DENIED**.

3. Plaintiff's Motion for 15 Federal Subpoenas (Doc. 26) is **DENIED** without prejudice.

4. Plaintiff's Motion to Remove Specific Defendants from This Action and Add Them To *Manning v. Ross*, 1:13-CV-0831 (Doc. 26) is **DENIED**.

5. Plaintiff shall be granted an additional sixty (60) days, or until **Friday, May 9, 2014** to file an Amended Complaint in this matter. As previously indicated, Plaintiff is not required to re-attach and refile the exhibits to the original complaint when filing his amended complaint. Plaintiff is directed to reference the exhibits by document and page number as they are docketed with the Court.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**