UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE DOUGLAS MANNING,<br><br>Plaintiff<br><br>v.<br><br>MICHAEL MORROW,<br><br>Defendant | CIVIL ACTION NO. 3:13-CV-1426<br><br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 10th day of December, 2019, Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within **sixty (60) days** if the settlement is not consummated.

BY THE COURT:

*s/ Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge